# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

HERRMANN INTERNATIONAL, INC. and
HERRMANN GLOBAL, LLC,

    *Plaintiff* )
    v. )    Civil Action No. 3:17cv114
     )
HERRMANN INTERNATIONAL EUROPE, )
HERRMANN TECHNOLOGIE, BRAIN )
RESSOURCES and LIONEL MARC VUILLEMIN )
     )
     )
    *Defendant*

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
    BRAIN RESSOURCES
    3 QUAI DE LA RÉPUBLIQUE
    78700 CONFLANS SAINTE-HONORINE
    FRANCE

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    Craig N. Killen, craig.killen@nelsonmullins.com
    Bank of America Corporate Center, 42nd Floor
    100 North Tryon Street
    Charlotte, NC  28202
    Telephone:  (704) 417-3127
    Fax:  (704) 417-3245

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**



*Frank G. Johns* (signature)        Date __**3/8/2017**_____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____
**was received by me on** *(date)* _____.

❏ **I personally served the summons on the defendant at** *(place)*_____
**on** *(date)* _____; or

❏ **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

❏ **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; or

❏ **I returned the summons unexecuted because** _____; or

❏ **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____          _____
                                             **Server's signature**

                                             _____
                                             **Printed name and title**

                                             _____
                                             **Server's address**

**Additional information regarding attempted service, etc:**